BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:          guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>JIRI V. PRUSA; ELANY A. PRUSA; DIGGER HILL (TRUST), BY DENNIS MacPHAEDDON, TRUSTEE; SHENANDOAH LAND TRUST; STATE OF CALIFORNIA FRANCHISE TAX BOARD;<br><br>        Defendants. | Civil No.  2:09-CV-00601 WBS KJN<br><br>**ORDER** |

Upon the request of the parties, and for good cause shown, **IT IS HEREBY ORDERED THAT** the parties shall complete discovery on or before September 15, 2010. All other provisions of the Status (Pretrial Scheduling) Order (Doc. No. 23) shall remain in effect.

**IT IS SO ORDERED.**

DATED:  June 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE