IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                      No. 2:09-cv-00601 WBS KJN

     v.

JIRI V. PRUSA, et al.,

     Defendants.               <u>ORDER</u>

_____/

     The undersigned HEREBY APPROVES the stipulation and proposed order filed by the parties (Dkt. No. 27).  Accordingly, IT IS HEREBY ORDERED that:

     1.     The parties shall file dispositive motions, if at all, on or before October 15, 2010.

     2.     The final pretrial conference is continued to December 13, 2010, at 2:00 p.m., in Courtroom No. 5.

////

////

////

////

////

1

3.  All other provisions of the Status (Pretrial Scheduling) Order (Dkt. No. 23) shall remain in effect.

IT IS SO ORDERED.

DATED: October 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE