BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648
E-mail:  guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIRI V. PRUSA; ELANY A. PRUSA;<br>DIGGER HILL (TRUST), BY<br>DENNIS MacPHAEDDON, TRUSTEE;<br>SHENANDOAH LAND TRUST; STATE OF<br>CALIFORNIA FRANCHISE TAX BOARD;<br><br>　　　　Defendants. | Civil No.  2:09-CV-00601 WBS KJN<br><br>**ORDER** |

　　　Upon the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** the dates for the final pretrial conference in this matter set for December 13, 2010, at 2 p.m. (Doc. No. 28) and the trial set for January 11, 2011 at 9:00 a.m. (Doc. No. 23) are both VACATED.

**IT IS FURTHER ORDERED THAT** the parties will appear at a status conference on **February 22, 2011 at 2:00 p.m.** in Courtroom 5 for further scheduling if necessary.

**IT IS SO ORDERED.**

Date:  November 30, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE