MOPSICK & WILLIAMS, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864

Telephone:     (916) 488-8501
Facsimile:      (916) 488-8196
Email:           Betty@MopsickWilliams.com

Attorney for Defendants Jiri V. Prusa, Elany A. Prusa,
Digger Hill (Trust), by Dennis MacPhaeddon, Trustee,
and Shenandoah Land Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CV-00601 WBS KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| JIRI V. PRUSA; ELANY A. PRUSA; DIGGER HILL (TRUST), BY DENNIS MacPHAEDDON, TRUSTEE; SHENANDOAH LAND TRUST; STATE OF CALIFORNIA FRANCHISE TAX BOARD; | |
| Defendants. | |

Upon the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** the status conference in this matter set for February 22, 2011, at 2 p.m. (Doc. No. 30) be continued.

**IT IS FURTHER ORDERED THAT** the parties will appear at a status conference on **May 16, 2011 at 2:00 p.m. in Courtroom 5** for further scheduling if necessary.

**IT IS SO ORDERD.**

Date:   February 15, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3