BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JIRI V. PRUSA; ELANY A. PRUSA;
DIGGER HILL (TRUST), BY
DENNIS MacPHAEDDON, TRUSTEE;
SHENANDOAH LAND TRUST; STATE OF
CALIFORNIA FRANCHISE TAX BOARD;

        Defendants.

Civil No.  2:09-CV-00601 WBS KJN

**ORDER**

Upon the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** the status conference in this matter set for May 16, 2011, at 2 p.m. in Courtroom 5 is continued.

**IT IS FURTHER ORDERED THAT** the parties will appear at a status conference on July 18, 2011, at 2 p.m. in Courtroom 5 for further scheduling if necessary.

**IT IS SO ORDERED.**

Date:  May 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE