BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JIRI V. PRUSA; ELANY A. PRUSA;<br>DIGGER HILL (TRUST), BY<br>DENNIS MacPHAEDDON, TRUSTEE;<br>SHENANDOAH LAND TRUST; STATE OF<br>CALIFORNIA FRANCHISE TAX BOARD;<br><br>  Defendants. | Civil No. 2:09-CV-00601 WBS KJN<br><br>Civil No. 2:11-CV-00830 WBS KJN<br><br>**JUDGMENT IN A CIVIL CASE** |

The Court has determined that judgment should be entered consistent with the agreement of the plaintiff, United States, and defendants Jiri V. Prusa, Elany A. Prusa, Digger Hill Trust, and the Shenandoah Land Trust,[1] which resolves the United States' Complaint in the consolidated matter captioned above. Accordingly,

**IT IS ORDERED THAT**

1. Jiri V. Prusa and Elany A. Prusa are jointly and severally indebted to the United States in the amount of $247,996.90 for individual income tax for the taxable periods ending December 31, 1997, through and including December 31, 2008 plus interest according to 28

---

[1] The California Franchise Tax Board disclaimed any interest in the subject property on or about May 11, 2009. (Doc. No. 19.)

U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from August 31, 2010, until the judgment is paid.

2. Jiri V. Prusa and Elany A. Prusa are jointly and severally indebted to the United States in the amount of $3,208.00 of attorney's fees pursuant to the order entered in *United States v. Jiri V. Prusa, et al.*, Civil No. 2:06-CV-0263-FCD-KJM (E.D. Cal. 2006 – Doc. 25).

3. Defendants Digger Hill (Trust) and Shenandoah Land Trust were created by Jiri V. Prusa and Elany A. Prusa and the Prusas' property was transferred to the Trusts for no consideration.

4. Defendants Digger Hill (Trust) and Shenandoah Land Trust are sham trusts which may be disregarded for the purposes of collection of the federal tax liabilities in this judgment.

5. Defendants Digger Hill (Trust) and Shenandoah Land Trust are grantor trusts, nominees, and alter egos of defendants Jiri V. Prusa and Elany A. Prusa.

6. The real property that is the subject of this action is located at 15455 East Digger Hill Way, Rough and Ready, California 95975 (herein referred to as "15455 East Digger Hill Way"), in the County of Nevada, State of California, and is more particularly described as follows:

> Parcel 1, as shown on the Parcel Map for V. Johnson et al, being a portion of Lot 2, of Wildwood Acres, located in the Northeast quarter of Section 23, Township 16 North, Range 7 East, M.D.B. & M., as filed in the office of the County Recorder of the County of Nevada, State of California, on January 8, 1973, in Book 4 of Parcel Maps, at Page 16.
>
> APN:  523-305-4000 (52-330-54)

7. On or about March 29, 1985, Jiri V. Prusa and Elany A. Prusa purchased 15455 East Digger Hill Way, taking title as "husband and wife as joint tenants."  The Prusas have occupied 15455 East Digger Hill Way as their residence from 1985 to the present.

8. On or about November 2, 1992, a Grant Deed was recorded with the County Recorder of Nevada County (Doc. 92-38536) which purported to transfer title to 15455 East Digger Hill Way from Jiri V. Prusa and Elany A. Prusa to "Digger Hill, David Niedziejko, Trustee."

9. On or about June 28, 1999, a "Notice of Appointment of Successor Trustee" was filed with the County Recorder of Nevada County (Doc. 99822626) which purported to appoint Dennis MacPhaeddon as successor trustee of Digger Hill (Trust) in place of David Niedziejko.

10. On or about October 9, 2002, a Grant Deed was filed with the County Recorder of Nevada County (Doc. 2002-0040671-00) which purported to transfer 15455 East Digger Hill Way from "Darrell Manning, As Trustee" to "Shenandoah Land Trust."

11. The transfers of 15455 East Digger Hill Way described in paragraphs 8, 9, and 10, above, are hereby set aside. Title to 15455 East Digger Hill Way is hereby returned to "Jiri V. Prusa and Elany A. Prusa, husband and wife, as joint tenants."

12. The federal tax lien under 26 U.S.C. Section 6321 attaches to all property and rights to property of Jiri V. Prusa and Elany A. Prusa, including but not limited to 15455 East Digger Hill Way.

13. The United States is entitled to foreclose its liens against 15455 East Digger Hill Way and that property will be sold, if necessary, pursuant to further order of this Court.

14. The parties have an agreement as to the enforcement of this judgment, one term of which is that 15455 East Digger Hill Way will not be sold by judicial sale for one year from the date of entry of this judgment.

15. The California Franchise Tax Board disclaimed any interest in 15455 East Digger Hill Way on or about May 11, 2009. (Doc. No. 19.)

16. Each party shall be liable for its own costs of litigation and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE